1  Alan L. McNeil, WSBA #7930
   Alan McNeil, PLLC
2  421 W. Riverside Ave., Ste. #660
   Spokane, WA 99201
3  (509) 315-8390 Telephone
   (509) 315-4585 Facsimile
4

5  Attorney for Plaintiff

6

7

8

9

10              UNITED STATES DISTRICT COURT
11          FOR THE EASTERN DISTRICT OF WASHINGTON

12  PATTI BOELKE, an individual,        ) No:
                                        )
13                       Plaintiff,     ) COMPLAINT FOR DAMAGES
                                        )
14  vs.                                 )
                                        )
15                                      )
16  STATE COLLECTION SERVICE,           )
    INC., a Wisconsin corporation,      )
17                                      )
                                        )
18                       Defendant.     )

19              I.    INTRODUCTION

20      1.    This is an action for damages brought by Plaintiff Patti Boelke, an

21  individual consumer, against Defendant State Collection Service, Inc. (hereinafter
22
    "SCS"), a Wisconsin corporation, for violations of the Fair Debt Collection
23
24  Practices Act, 15 USC § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt

25
    collectors from engaging in abusive, deceptive, and unfair practices, and the

COMPLAINT FOR DAMAGES                              Alan McNeil, PLLC
Page 1 of 8                                   421 W. Riverside Ave., Ste. 660
                                                    Spokane, WA 99201
                                                 509-315-8390Telephone
                                                 509-315-4585 Facsimile

## IV. FACTUAL ALLEGATIONS

6. Beginning in early 2013, SCS initiated illegal wage garnishments through Ms. Boelke's employer, Prestige Care, Inc., to collect upon a judgment (hereinafter "Affinity judgment") entered by a Wisconsin court in 2006 in favor of Affinity Medical Group.

7. SCS did not register the Affinity judgment in the office of the clerk of a Superior Court in Washington, as required by Washington's Uniform Enforcement of Foreign Judgments Act (hereinafter "UEFJA"), RCW 6.36, *et seq.*, prior to initiating the Affinity wage garnishments.

8. SCS served both Ms. Boelke and her employer in Washington with garnishment forms and instructions applicable under Wisconsin law, not Washington law.

9. Between February 20, 2013, and June 12, 2013, a total of $1,124.23 was garnished from Ms. Boelke's wages to satisfy the Affinity judgment.

10. Beginning in August 2013, SCS again initiated illegal wage garnishments through Ms. Boelke's employer, Prestige Care, Inc., to collect upon another judgment (hereinafter "Mercy judgment") entered by a Wisconsin court in 2007 in favor of Mercy Medical Center of Oshkosh, Inc.

///

///

Alan McNeil, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
509-315-8390Telephone
509-315-4585 Facsimile

11.     SCS did not register the Mercy judgment in the office of the clerk of a Superior Court in Washington, as required by Washington's UEFJA, RCW 6.36, *et seq.*, prior to initiating the Mercy wage garnishments.

12.     SCS again served both Ms. Boelke and her employer in Washington with garnishment forms and instructions applicable under Wisconsin law, not Washington law.

13.     Between August 7, 2013, and September 4, 2013, a total of $360.47 was garnished from Ms. Boelke's wages toward satisfaction of the Mercy judgment.

14.     In a letter dated August 22, 2013, Ms. Boelke, through counsel, notified SCS that she was a resident of the state of Washington and was employed in Washington; that Washington State recognizes foreign judgments under its UEFJA, which requires registration in the office of the clerk of a Superior Court in Washington for enforcement of judgments; and that unless a judgment creditor complies with Washington law, any action or attempted enforcement of that judgment against a Washington resident may constitute violations of state and federal laws.

15.     After September 4, 2013, SCS ceased wage garnishment actions against Ms. Boelke, but has refused to return the monies previously garnished pursuant to the Affinity and Mercy judgments.

Alan McNeil, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
509-315-8390Telephone
509-315-4585 Facsimile

16.    As a result of the Defendant's acts alleged above, Ms. Boelke has suffered actual damages, including wrongfully garnished wages; interest, fees, and penalties caused by these wrongful garnishments; emotional distress; and other damages to be proven at trial.

## V.    FIRST CLAIM FOR RELIEF:

## FAIR DEBT COLLECTION PRACTICES ACT, 15 USC 1692, *et seq.*

17.    Plaintiff Boelke repeats and realleges and incorporates by reference the foregoing paragraphs.

18.    Defendant SCS's actions violated the Fair Debt Collection Practices Act (hereinafter "FDCPA"). Defendant's violations include, but are not limited to, its violation of 15 USC § 1692e(5) by threatening to take legal action that cannot legally be taken; 15 USC § 1692e(2) by falsely representing (A) the legal status of debts and (B) compensation that may be lawfully received by the Defendant for the collection of a debt; and 15 USC § 1692f (1) by collecting amounts not expressly authorized by the agreement creating the debt or permitted by law.

19.    As a result of the foregoing violations of the FDCPA, the Defendant is liable to Ms. Boelke for her actual damages, plus statutory damages, plus costs and attorney fees.

///

///

Alan McNeil, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA  99201
509-315-8390Telephone
509-315-4585 Facsimile

## VI.   SECOND CLAIM FOR RELIEF:

## WASHINGTON CONSUMER PROTECTION ACT, RCW 19.86, *et seq.*

20.   Plaintiff Boelke repeats and realleges and incorporates by reference the foregoing paragraphs.

21.   The Defendant's foregoing violation(s) of the FDCPA constitute unfair and deceptive acts or practices in violation of the State of Washington's Consumer Protection Act (CPA), RCW19.86, *et seq.*

22.   The Defendant's conduct occurred in trade and commerce.

23.   The Defendant's conduct has caused substantial injury to Ms. Boelke in her business and property.

24.   The public interest has been adversely affected by the Defendant's conduct.

25.   As a result of the foregoing violations of Washington's CPA, the Defendant is liable to Ms. Boelke for her actual damages, trebled as provided by statute, plus costs and attorney fees.

## VII.   THIRD CLAIM FOR RELIEF:

## CONVERSION

26.   Plaintiff Boelke repeats and realleges and incorporates by reference the foregoing paragraphs.

Alan McNeil, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
509-315-8390Telephone
509-315-4585 Facsimile

27.     Defendant SCS wrongfully converted Ms. Boelke's property by intentionally garnishing and collecting her wages, to which she had the right to possession, in a manner that deprived her of the use and possession of her monies and caused her to suffer harm.

28.     As a result of the foregoing actions, the Defendant is liable to Ms. Boelke for her economic and general damages, plus other damages allowed by law.

WHEREFORE, Plaintiff Patti Boelke respectfully requests that judgment be entered against Defendant State Collection Service, Inc. for the following:

A.      Actual damages pursuant to 15 USC § 1692k and RCW 19.86.090;

B.      Statutory damages for violations of the FDCPA pursuant to 15 USC § 1692k in the amount of $1,000;

C.      Costs and reasonable attorney fees pursuant to 15 USC § 1692k and RCW 19.86.090;

D.      Treble the amount of actual damages pursuant to RCW 19.86.090;

E.      General damages and other damages for tort liability; and

F.      For such other and further relief as the Court may deem just and proper.

Alan McNeil, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA  99201
509-315-8390Telephone
509-315-4585 Facsimile

1    Respectfully submitted this _____ day of _____, _____.

2

3                                    ALAN McNEIL, PLLC

4                                    By:

5

6                                    ALAN L. McNEIL, WSBA #7930
                                     *Attorney for Plaintiff*
7

8                                    and by

9                                    CAMERON SUTHERLAND, PLLC

10                                   By:

11

12                                   BRIAN CAMERON, WSBA #44905
                                     *Co-Counsel for Plaintiff*
13

14

15

16

17

18

19

20

21

22

23

24

25

COMPLAINT FOR DAMAGES                                      Alan McNeil, PLLC
Page 8 of 8                                     421 W. Riverside Ave., Ste. 660
                                                        Spokane, WA 99201
                                                     509-315-8390Telephone
                                                     509-315-4585 Facsimile