UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATTI BOELKE,<br><br>                    Plaintiff,<br><br>         v.<br><br>STATE COLLECTION SERVICE, INC.,<br><br>                    Defendant. | No.  4:14-CV-5037-EFS<br><br>**ORDER DISMISSING CASE** |

On February 22, 2016, the parties filed a Stipulation and Motion for Dismissal, ECF No. 51.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Motion for Dismissal, **ECF No. 51**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   23rd   day of February 2016.

                    s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2014\5037.ord.grant.dismissal.lc2.docx

ORDER DISMISSING CASE - 1